**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ALLBIRDS, INC., | Case No.  19-cv-05638-BLF |
| Plaintiff, | **ORDER GRANTING DEFENDANT GIESSWEIN WALKWAREN AG'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| v. | |
| GIESSWEIN WALKWAREN AG, et al., | [Re: ECF 15] |
| Defendants. | |

United States District Court
Northern District of California

On December 2, 2019, the Court received an unexpected motion from counsel making a limited appearance for the purpose of submitting a motion for Defendant Giesswein Walkwaren AG ("Giesswein"), who has not yet been served.  ECF 15.  The motion requests leave to file a motion for reconsideration of the Court's November 27, 2019 order (ECF 13).  The Court hereby GRANTS Giesswein's motion and DEEMS the included Opposition to Plaintiff Allbirds, Inc.'s Administrative Motion for Substitute Service of Summons and Complaint to be Giesswein's motion for reconsideration.  *See* ECF 15-1.

Plaintiff SHALL file a response, which shall not exceed five, double-spaced pages, to Giesswein's motion for reconsideration **on or before December 16, 2019.**  Plaintiff SHALL address Giesswein's argument that Austrian law prohibits direct service upon defendants. Giesswein is not permitted to file a reply.


**IT IS SO ORDERED.**


Dated: December 3, 2019

_____
BETH LABSON FREEMAN
United States District Judge